**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA SANAD BEIRUTI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNKNOWN NAMES UNITED STATES MARSHALS, ET AL.,<br><br>　　　　　　Defendants. | CASE NO. ED CV 09-01348 JVS (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: April 19, 2010

　　　　　　　　　　　　　　　　　　_/s/ James V. Selna_
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE