O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA SANAD BEIRUTI,<br><br>              Plaintiff,<br><br>        vs.<br><br>UKNOWN NAMES UNITED STATES MARSHALS, ET AL.,<br><br>              Defendants. | CASE NO. ED CV 09-01348 JVS (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: April 19, 2010

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE